MINUTE ORDER
DOSSIER, M.J.
November 10, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES BRITT EL AL. | CIVIL ACTION |
| VERSUS | NO. 24-2746 |
| OLD DOMINION FREIGHT LINE, INC. ET AL. | SECTION "E" (3) |

**ORDER**

A status conference was held on Tuesday, November 10, 2026.

PRESENT FOR:

*Plaintiff:* Victor Ashey, Logan Landgrave

*Defendants Old Dominion Freight Line, Inc., ACE American Insurance Company*: Clifford Williams*:* Louis Bonnaffons, Robert Bonnaffons

*Defendant EAN Holdings, LLC*: Jordan Lacoste

*Consol Plaintiff GEICO Casualty Company*: Benjamin Pitts

*Court Reporter*: Sammantha Morgan

The parties discussed several pending motions, including R. Docs. 133, 148, 152, 153, 154, and 155 (the “Motions”) as well as discovery disputes addressed in the parties’ joint status report.[1] The Court acknowledged that while the Motions have yet to be submitted—and advised the parties that they may submit formal briefing

1 The parties were instructed they may seek leave of the District Judge to amend the scheduling order, if they so choose. The Court thanks the parties and their counsel on the compromises and resolutions.

in accordance with the Local Rules—the parties were welcome to address the Motions in turn. The parties briefly discussed their motions and compromised where amenable. The Court held in abeyance ruling on any costs or fees associated with the Motions and R. Docs. 116 and 117. Following the conference, the following resolutions were obtained:

1. Motion to Compel Neuropsychological Evaluation (R. Doc. 133). The motion is **GRANTED** in part; the neuropsychological evaluation of Kelly Budd shall be conducted over two full days. Defendants shall pay for Budd's lodging for two nights as well as reimburse Budd for mileage. Budd may be accompanied to the examination facility lobby but not through the examination itself. Plaintiff's oral motion for a copy of the tests to be performed ahead of the examination is **DENIED**. Plaintiff's request for the clinical interview to include audio recording is deferred and may be briefed in accordance with the Local Rules.
2. Motion for Leave to File Conduct More Than Ten Depositions Pursuant to FRCP Rule 30(a)(2)(A)(i) (R. Doc. 148). The parties' joint oral motion to expedite the briefing schedule is **GRANTED**. Plaintiffs' opposition shall be submitted **no later than 11:59 p.m. on Wednesday November 11, 2026**. Defendants' reply shall be submitted **no later than 5:00 p.m. on Monday November 16, 2026**.
3. Motion to Compel Production of Documents and 30(b)(6) Deposition (R. Doc. 152). The parties were unable to reach an agreement on this motion.

Accordingly, its November 24, 2026, submission date remains and the parties may continue briefing in accordance with the Local Rules.

4. *Ex parte* Motion for Extension of Deadlines (R. Doc. 153). Plaintiffs' *ex parte* motion is **GRANTED**.

5. Motion for Entry of Order Withdrawing Old Dominion's Confidentiality Designations (2023 Driver's Reference Guide and 2015 Driver's Handbook) (R. Doc. 154). Defendants recently produced the disputed documents. Accordingly, **IT IS ORDERED** that the motion (R. Doc. 154) is **DISMISSED AS MOOT**. The Court holds in abeyance its ruling on attorneys' fees and costs associated with this motion.

6. Motion to Compel Defendants' Witness and Exhibit Lists and Supplemental Discovery Responses (R. Doc. 155). The parties were unable to reach a narrowing resolution and previewed additional discovery disputes in connection with the supplementation of discovery responses. Accordingly,

   **IT IS ORDERED** that the oral motion to extend the submission date of R. Doc. 155 is **GRANTED**. The motion shall be submitted on December 8, 2026, and may be briefed in accordance with the Local Rules.

In addition, the Court reminded all parties of the Federal Rules ongoing discovery disclosure obligations; the parties are to continue conducting discovery ahead of their discovery deadlines. Accordingly,

**IT IS ORDERED**, that the parties shall supplement their discovery responses—even if the only update is to confirm each response remains accurate—**no later than November 25, 2026**.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:50